In re ORR et al.

## AUSTRIAN v. CENTRAL TRUST CO. OF ILLINOIS.

(Circuit Court of Appeals, Seventh Circuit.    August 12, 1914.)

### No. 2086.

Petition to Review and Revise Order of the District Court of the United States for the Eastern Division of the Northern District of Illinois, in Bankruptcy.

In the matter of bankruptcy proceedings of Bertha S. Orr and Hannah Store, doing business as the Lake Shore Catering Company. Mamie R. Austrian filed an adverse claim to certain chattels in the possession of the Central Trust Company of Illinois as the bankrupts' trustee, and, such claim being denied, filed a petition to review and revise. Dismissed.

Carl Meyer, of Chicago, Ill., for petitioner.

Fred D. Silber and Clarence J. Silber, both of Chicago, Ill., for respondent.

Before BAKER, SEAMAN, and MACK, Circuit Judges.

BAKER, Circuit Judge. This petition to review and revise presents a situation in all material respects exactly the same as that considered in the Case of the Breyer Printing Co. (No. 2084) 216 Fed. 878, herewith decided. For the reasons therein set forth, we are constrained to hold that the matter before the District Court in bankruptcy was a "controversy arising in the course of bankruptcy proceedings," and not a "proceeding in bankruptcy."

The petition to review and revise is therefore dismissed for lack of jurisdiction.